MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHY BOW, ROBERT PAPP, AND SUSAIN WEISINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CEBRIDGE TELECOM CA, LLC (D/B/A SUDDENLINK COMMUNICATIONS); ALTICE USA, INC.; CEQUEL COMMUNICATIONS, LLC; CEBRIDGE ACQUISITION, L.P.; CEQUEL III COMMUNICATIONS I, LLC; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-00444-JAM-CKD<br><br>Assigned to the Hon. John A. Mendez<br><br>**ORDER GRANTING INITIAL *EX PARTE* REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed:  January 15, 2021<br>Amended Complaint Filed:  February 1, 2021<br>Removal Date:  March 11, 2021 |

**WHEREAS**, the Court, having considered Defendants' Initial *Ex Parte* Request for Extension of Time to Respond to Complaint ("Request"), together with the supporting Affidavit of Archis A. Parasharami, as well as the record and proceedings to date in the above-captioned action,

**IT IS HEREBY ORDERED** that Defendants' Request is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that Defendants' deadline to respond to the complaint shall be extended to and including April 15, 2021.

Dated:  March 18, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE