MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
aparasharami@mayerbrown.com
1999 K. Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

HUSCH BLACKWELL LLP
KYLE P. SEELBACH (admitted *pro hac vice*)
kyle.seelbach@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone: (314) 480-1882
Facsimile (314) 480-1505

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KATHY BOW, ROBERT PAPP, AND SUSAIN WEISINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CEBRIDGE TELECOM CA, LLC (D/B/A SUDDENLINK COMMUNICATIONS); ALTICE USA, INC.; CEQUEL COMMUNICATIONS, LLC; CEBRIDGE ACQUISITION, L.P.; CEQUEL III COMMUNICATIONS I, LLC; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-00444-TLN-JDP<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF RULE 26 DEADLINES**<br><br>[L.R. 144; FED. R. CIV. P. 6]<br><br>Assigned to the Hon. Troy Nunley |

**ORDER**

PURSUANT TO THE STIPULATION BETWEEN THE PARTIES,

1. The parties' deadline to file their Rule 26(f) report shall be extended to July 23, 2021;
2. The parties' deadline to exchange Rule 26(a)(1) initial disclosures shall be extended to July 23, 2021

**IT IS SO ORDERED.**

Dated: June 21, 2021

Troy L. Nunley<br>United States District Judge