Kevin Osborne, State Bar No. 261367
Julie Erickson, State Bar No. 293111
Elizabeth Kramer, State Bar No. 293129
**Erickson Kramer Osborne LLP**
182 Howard Street #736
San Francisco, CA 94105
Phone: 415-635-0631
Fax: 415-599-8088
Email: julie@eko.law

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KATHY BOW, ROBERT PAPP, AND SUSAIN WEISINGER,<br><br>Plaintiffs,<br><br>vs.<br><br>CEBRIDGE TELECOM CA, LLC (D/B/A SUDDENLINK COMMUNICATIONS); ALTICE USA, INC.; CEQUEL COMMUNICATIONS, LLC; CEBRIDGE ACQUISITION, L.P.; CEQUEL III COMMUNICATIONS I, LLC; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-00444-TLN-JDP<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF RULE 26 DEADLINES**<br><br>[L.R. 144; FED. R. CIV. P. 6]<br><br>Assigned to the Hon. Troy Nunley |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, |
| 3 | 1.  The parties' deadline to file their Rule 26(f) report shall be extended to 30 days after the |
| 4 | date on which the Court issues its ruling on the Motion to Compel Arbitration and Stay |
| 5 | Litigation; |
| 6 | 2.  The parties' deadline to exchange Rule 26(a)(1) initial disclosures shall be extended to 30 |
| 7 | days after the date on which the Court issues its ruling on the Motion to Compel Arbitration and |
| 8 | Stay Litigation. |
| 10 | **IT IS SO ORDERED.** |
| 12 | DATED: July 15, 2021 |
| 13 | Troy L. Nunley<br>United States District Judge |